**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

STELLA DAWN MENDOZA,

     Plaintiff - Appellant,

v.

DONALD JOHN TRUMP; MELANIA
TRUMP; IVANKA TRUMP; ERIC
TRUMP; DONALD TRUMP, JR.; IVANA
TRUMP; TIFF; JARED KUSHNER;
MESA COUNTY DISTRICT
ATTORNEY; MESA COUNTY CLERK
TO THE BOARD; MESA COUNTY
ANIMAL CONTROL; MESA COUNTY
ROAD & BRIDGE SERVICES;
COLORADO LEGAL SERVICES; MESA
COUNTY CRIMINAL JUSTICE;
COLORADO STATE LIBRARY AND
ADULTS EDUATION; COLORADO
VIRTUAL LIBRARY; THE DENVER
BRONCOS NFL TEAM; THE DENVER
NUGGETS BALL TEAM; THE
COLORADO BASEBALL TEAM; THE
COLORADO AVALANCHE-HOCKEY
TEAM; THE COLORADO ROCKIES-
SOCCER TEAM; LEAH AVILA LEGAL
ASSISTANCE (ASSIST) OFFICE OF
LEGAL SERVICES; ELISHA HOLMES;
PRISCILLA HOPKINS, Principal of DPS;
JOHN ELWAY; LADAWN BAITY,
Instructional/Superintendent; MICHAEL
EATON, Chief Department of Safety;
CLIFFORD PAINE, Sergeant Department
of Safety; THERESA BECKER, Director
of Family (Constituency); US HEALTH
AND HUMAN SERVICES; US
FEDERAL GOVERNMENT FUNDING
PROGRAMS, Catalog of federal domestic;

No. 17-1386
(D.C. No. 1:17-CV-02390-LTB)
(D. Colo.)

ALL LOCATIONS OF MCHD; CAROLYN BARR; DENVER HEALTH EMS EDUATION; SOCIAL SECURITY ADMINISTRATION; UNITED STATES SENTENCING COMMISSION; BETH HINOTE; MATTEW A. HOWE; ALLIED UNIVERSAL; DENVER PROBATION DEPARTMENT; ASHLEY MAUGHN; ALL EXTRA SPACE STORAGE CORPORATE HEADQUARTERS; HSS SECURITY; DENVER HEALTH PARAMEDICS DIVISION; ANDREA EDDY; TERI CUEVA; YASMIN MAURCIO; CLARRISE GONZALES, Honorable Judge; ADDY DEMASSE; THE MESA COUNTY CORNER'S OFFICE; HEATHER BENJAMIN, Mesa County; VALERIE ROBINSON, Honorable; WILLIAM W. HOOD, III; COLORADO SUPREME COURT; ALL US SUPREME COURTS; ALL US DISTRICT COURTS; ALL US FEDERAL COURTS; CYNTHIA COFFMAN; KELLY ARNESTA; GREGORY SMETHERS, Lt., D.O.C. @ Buena Vista Colorado; UNITED STATES CONGRESS HOUSE; UNITED STATES SENATE; UNITED STATES HOUSE OF REPRESENTATIVES; ALL US REPUBLICAN PARTY; REPUBLICAN NATION COMMITTEE; ALL UNITED STATES OF AMERICA DEPARTMENT OF CORRECTIONS; MICHAEL BENNET, (D) Colorado; CORY GARNER, (R) Colorado; MESA COUNTY ASSESSOR GRAND JUNCTION POLICE DEPARTMENT; MESA COUNTY CENTRAL SERVICES; MESA COUNTY PROBATION OFFICE; JEFFERSON COUNTY DIVISION OF CHILDREN, YOUTH AND FAMILIES; CHRISTINA MITTS; LAURA LOCKE; WARREN EDSON; MELANIE JORDAN;

2

STACEY E. NICKOLAUS; ELISHA HOLMES; AMERICAN CIVIL LIBERTIES UNION; CATHOLIC IMMIGRATION SERVICES; COLORADO BAR ASSOCIATION WEBS; COLORADO LEGAL SERVICES; THE LEGAL CENTER, (physically challenged only); LAW LINE 9, @ 303-698-8000; METROPOLITAN LAWYER REFERRAL SERVICE; DENVER POLICE DEPARTMENT; DENVER HEALTH AND MEDICAL CENTERS; HSS SECURITY; TRAVELERS INN; VAN CISE-SIMONET DETENTION CENTER; DENVER HUMAN SERVICES; PSYCHIATRY AND BEHAVORIAL SCIENCES AT CHILDREN'S HOSPITAL; COLORADO STATE CAPITAL; US SOCIAL SECURITY ADMINISTRATION; RALPH CARR, Judicial Center; STATE COURT ADMINISTRATOR; US BANKRUPTCY COURT; BRUCE CAMPBELL; TENTH CIRCUIT COURT OF APPEALS; EL PASO COUNTY COMBINED COURT; COLORADO SUPREME COURT; U.S. COURT SERVICES; ALL LOCATIONS OF MENTAL HEALTH CENTER, All Employees all terminated as well as prisoners; CARL R. CLARK, Trustee, MD President and CEO; DAVID GENOVA; FORREST M. CARSON, PHD, Vice President and CEO; ROY ROMER, Governor; BILL OWENS; JOHN HICKENLOOPER; RESTAURANT DEPOT; GODSMAN ELEMENTARY SCHOOL; HARRIS PARK ELEMENTARY; THE EARLY CHILDHOOD CENTER; ALL UNITED STATES CITY, STATE, FEDERAL ATTORNEYS; ALL UNITED STATES CITY, STATE, AND FEDERAL

3

JUDGES; DENVER PUBLIC SCHOOLS; ADAMS COUNTY PUBLIC SCHOOLS 50; DENVER COUNTY JAIL; LAKEWOOD POLICE DEPARTMENT; UNITED STATES MARSHAL SERVICE; COLORADO DIVISION OF HOMELAND SECURITY AND MANAGEMENT; WHEATRIDGE POLICE DEPARTMENT; LINDSEY-FLANIGAN COURTHOUSE; DENVER COUNTY COURT BUILDING; ADAMS COUNTY HUMAN SERVICES; DENVER COUNTY SHERIFF'S DEPARTMENT; THE OFFICE OF JUSTICE PROGRAMS, (OJP) All National closed, detained; OFFICE OF COMMUMITY ORIENTED POLICING SERVICES, (COPS), All National closed, Detained; JEFFREY P. COLWELL; LEWIS T. BABOCK; GORDAN P. GALLAGHER, Judge; MARIA DE JESUS MENDOZA-TORRES; ARCELI ZAMORA REZA; CRISTINA DE LA PONCE, DMV of Colorado; SAN JUANITA VALLES LOPEZ; LUZ REYES; ELIZABETH RIVERA; SILVA RIVERA; LARA SANJUANA,

     Defendants - Appellees.

_____

**ORDER DENYING LEAVE TO APPEAL
WITHOUT PREPAYMENT OF FEES**[*]
_____

Before **BRISCOE**, **HARTZ**, and **BACHARACH**, Circuit Judges.
_____

---

[*] This order is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.

Plaintiff Stella Dawn Mendoza, appearing *pro se*, has filed a motion with this court seeking leave to proceed *in forma pauperis* on appeal. We deny Mendoza's motion and dismiss the appeal.

I

On October 3, 2017, Mendoza filed a *pro se* complaint listing herself, Manuel Angel Rivera, "C.S.M." and "A.R.M." as plaintiffs. ROA, Vol. 1 at 14. The complaint listed as defendants Donald Trump and various members of his family, an assortment of federal and state entities, agencies and employees, and various private entities and individuals. In a section of the complaint form that asked her to briefly state the background of her case, Mendoza responded as follows:

> As of September 14, 2016, I have nonprotection against corruption of blood, Dissection, Law of Nations, Laceny [sic].
> All US Courts have violated subornation of perjury, counterfeiting.
> All US Gov Employee [sic] have committed Act or behavior that gravely violates the sentiment or accepted Standard of the community.
> Crimes Against Persons to Stella Dawn Mendoza; Crimes Against Property.
> Intergrity [sic] of the judicial process.
> Crimes Against Plaintiffs: A.R.M. & C.S.M. Manuel Angel Rivera & 108933#

Id. at 24-25. The complaint proceeded to list three separate claims for relief, but each is nonsensical. Finally, in a section of the complaint entitled "REQUEST FOR RELIEF," Mendoza stated:

> Asking/Requesting: The property of 875 Mariposa Street, Denver Colorado 80204 w/ Attached of the title

5

> property deed all transfed [sic] to Stella Dawn Mendoza As of September 29, 2017
>
> I Am Requesting to/and for the Impeachment as well ASAP to detaining As The 45th president of the United State [sic] of America Federal Government Employee. As well A.S.A.P to detaining the Administration of Donald Trump. I Am Also requesting of A [sic] Office Reinstatement employees Barack Hussein Obama and Joseph Biden
>
> A.S.A.P. of the impeachment and Arrest John Trump Administrations
>
> * All 15 US Department [sic] Closed Detained
> * And Request of Sibling/Son Manuel Angel Rivera to be Released from the crime and Sentencing of December 22 2010 Sentencing in Mesa County, Colorado with a crime of no evidence/no determination D.O.C. 108933.

Id. at 28.

On October 6, 2017, the district court issued an order directing the clerk of the district court to dismiss the action. The district court noted at the outset of its order that in an earlier civil case, Mendoza had been sanctioned and "enjoined from filing *pro se* lawsuits in this Court without first obtaining leave of court to proceed *pro se*." Id. at 57. The district court in turn noted that "Mendoza ha[d] not submitted all of the required documents" to obtain permission to proceed *pro se* and "ha[d] not provided all of the information specified in the sanction order." Id. at 58. The district court also noted that Mendoza had asserted claims in the complaint on behalf of other individuals (specifically Manuel Angel Rivera and "C.S.M." and "A.R.M."), yet was "the only purported plaintiff to have signed the Complaint." Id. Ultimately, the district court ordered that the complaint and action be "dismissed without prejudice for failure to comply with the

6

sanction order restricting . . . Mendoza's ability to file *pro se* actions in this Court." Id. at 59. The district court also "certifie[d] pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from [its] Order [wa]s not taken in good faith" and it therefore denied Mendoza leave to proceed *in forma pauperis* on appeal. Id.

Final judgment in the case was entered on October 6, 2017. Mendoza filed a notice of appeal on October 27, 2017. She has since filed with this court a motion for leave to proceed *in forma pauperis* on appeal.

II

Where, as here, an appellant seeks leave to proceed *in forma pauperis* on appeal, we have authority to deny that request and dismiss the appeal without reaching the merits. See Hunt v. Downing, 112 F.3d 452, 453 (10th Cir. 1997). Under 28 U.S.C. § 1915(e)(2)(B)(i), the "court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . is frivolous." We have long held that "[a]n appeal is frivolous when the result is obvious, or the appellant's arguments of error are wholly without merit." Olson v. Coleman, 997 F.2d 726, 728 (10th Cir. 1993) (quotation marks omitted).

Having reviewed the record on appeal, including Mendoza's complaint, as well as her appellate brief, we conclude that her appeal is indeed frivolous. Both the complaint and Mendoza's appellate brief, even liberally construed, are simply nonsensical and fail to allege valid claims for relief against any of the named defendants.

7

Mendoza's motion for leave to proceed *in forma pauperis* on appeal is DENIED

and the appeal is DISMISSED.

Entered for the Court


Mary Beck Briscoe
Circuit Judge